UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KAI MING LIU,<br><br>Defendant. | 2:11-CV-01183-PMP-GWF<br><br>ORDER |

Plaintiff commenced this action on July 20, 2011, and a review of the Court's file shows that a summons was returned executed on September 23, 2011. Since that date no action has been taken in this case.

**IT IS THEREFORE ORDERED** that the Parties to this action shall have to and including **January 17, 2012** within which to file a joint written status report regarding the status of this case.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge