UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | ) ) )   2:11-CV-01183-PMP-GWF |
| Plaintiff, | ) )   ORDER |
| v. | ) ) ) |
| KAI MING LIU, | ) ) ) |
| Defendant. | ) ) |

Plaintiff commenced this action on July 20, 2011, and a review of the Court's file shows that a summons was returned executed on September 23, 2011. Since that date no action has been taken in this case.

**IT IS THEREFORE ORDERED** that the Parties to this action shall have to and including **January 17, 2012** within which to file a joint written status report regarding the status of this case.

DATED: December 22, 2011.

PHILIP M. PRO
United States District Judge