UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KAI MING LIU and Does 1 through 20,<br><br>　　　　　Defendants. | Case No. 2:11-cv-01183-PMP-PAL<br><br>**ORDER ON REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

**IT IS SO ORDERED**, pursuant to Federal Rules of Civil Procedure 55, that judgment be entered against Defendant Kai Ming Liu ("Defendant") pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, that the Flex Series VI Renewable Term Life Insurance Policy, Policy No. 6920632 (the "Policy"), issued by Plaintiff Ohio National Life Assurance Company to Defendant on October 28, 2009, is rescinded, cancelled and declared null and void and of no force and effect whatsoever.

_____
Philip M. Pro
United States District Judge
Dated February 3, 2012.